S787M-55043

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

JOSHUA MICHAEL and
EVA MICHAEL,

    Plaintiffs,

vs.                                                          1:24-cv-01046-JDB-jay

STATE FARM FIRE AND CASUALTY             **JURY DEMANDED**
COMPANY,

    Defendant.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

---

    The Parties, Plaintiff Joshua Michael and Eva Michael, and Defendant, State Farm Fire and Casualty Company, stipulate to the dismissal with prejudice of all of Plaintiffs' claims. Each of the Parties shall bear its own costs and attorneys' fees.

    Dated this 31st day of October, 2025.

                                                                     Respectfully submitted,

                                                                       **THE FARBER LAW FIRM**

                                                                       s/David Farber
                                                                       David S. Farber (FL Bar 370230)
                                                                       2199 Ponce de Leon Blvd., Suite 301
                                                                       Coral Gables, FL 33134
                                                                       (305) 774-0134
                                                                       dfarber@dfarberlaw.com

                                                                       *Attorney for Plaintiff*

**LEWIS THOMASON, P.C.**

s/R. Kent Francis
CHRISTOPHER L. VESCOVO (14516)
R. KENT FRANCIS (34239)
JAMIE M. GIBBER (39552)
40 South Main Street, Suite 2900
Memphis, TN 38103-5529
(901) 525-8721
cvescovo@lewisthomason.com
kfrancis@lewisthomason.com
jgibber@lewisthomason.com

*Attorneys for Defendant, State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2025, a copy of the foregoing pleading has been delivered to the following by electronic mail and through the Court's e-filing system:

David S. Farber
The Farber Law Firm
2199 Ponce de Leon Blvd., Suite 301
Coral Gables, FL 33134
dfarber@dfarberlaw.com

*Attorney for Plaintiff*

s/R. Kent Francis
R. KENT FRANCIS
